Your Name: Rahila Tarverdiyeva
Address: 460 Archway Dr, Spring Hill, FL 34608
Phone Number: 404-200-0378
Fax Number:
E-mail Address: rahila2904@yahoo.com
Pro Se Plaintiff

FILED
SEP 26 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rahila Tarverdiyeva, on behalf of herself and Vijay Tandon as Permissive Joinder

Plaintiff,

vs.

Coinbase, Inc., Coinbase Global, Inc., Phillip Martin, Matthew Muller.

Defendant.

Case Number: CV22 5468 [leave blank]

COMPLAINT

DEMAND FOR JURY TRIAL
Yes ✔  No ☐

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Rahila Tarverdiyeva and Vijay Tandon
Address: 460 Archway Dr, Spring Hill, FL 34608
Telephone: 404-200-0378

COMPLAINT
PAGE 1 OF 8   [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: Coinbase Inc., Coinbase Global, Inc.,
Address: 548 MARKET STREET, SUITE 23008, SAN FRANCISCO CA 94104
Telephone: (888) 908-7930

Defendant 2:
Name: Phillip Martin (Chief Security Officer for Coinbase Global Inc.)
Address: 548 MARKET STREET, SUITE 23008, SAN FRANCISCO CA 94104
Telephone: (888) 908-7930

Defendant 3:
Name: Matthew Muller ( Head of Security Operations at Coinbase)
Address: 548 MARKET STREET, SUITE 23008, SAN FRANCISCO CA 94104
Telephone: (888) 908-7930

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[ ] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

[✔] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE 2  OF 8   [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

- [ ] a substantial part of the events I am suing about happened in this district.
- [ ] a substantial part of the property I am suing about is located in this district.
- [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.
- [x] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in __San Francisco__ County, it should be assigned to the __San Francisco__ Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

6. Plaintiff Rahila Tarverdiyeva and Joinder Vijay Tandon bring this action against all Defendants Coinbase for Intentional Misrepresentation, Conversion, Fraud/theft. Plaintiffs allege that the following information, belief and allegations are based on their investigation. They believe that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

COMPLAINT

PAGE 3 OF 8   *[JDC TEMPLATE – Rev. 05/2017]*

7. 2007 Cal Code of Civ. Procedure Chapter 5. Permissive Joinder CA Code. Plaintiff and her husband Vijay Tandon (Joinder pursuant to the CCP: 378) are residents of Florida. Defendants Coinbase are a Delaware Corporation, registered with the California Secretary of State to do business in San Francisco, California with its principal place of business in San Francisco, California.

8. INTRODUCTION.

Coinbase is a wholly-owned subsidiary of Coinbase Global and Coinbase, Inc. are operated as one corporation. Coinbase refers to the two entities jointly as the "Company" in its SEC filings. Coinbase is also registered as a Money Services Business with FinCEN. Coinbase is required to comply with many financial services and consumer protection laws

9. In December 2017, Plaintiff created a digital account through Defendant's Coinbase.com website. Plaintiff began to deposit various sums of money into her Coinbase wallet from a Joint Bank Account with Vijay Tandon (former Vice President of INNCOM International Inc., now retired) to create a digital wallet and to buy/sell cryptocurrencies. On/about November 2020, the Plaintiff had $500,000 in cash and cryptos in her account.

10. On November 11, 2020, Defendants accessed her Coinbase account without permission, converted all of her funds into 972 ETH (Ethereum crypto) and sent 41 unauthorized transactions. While this action was going on, the Plaintiff called the Coinbase and received an auto-message on how to block the account. She blocked her account while transactions were pending with $6,500 was left, which also disappeared.

11. The Plaintiff received a response from the Defendants on the 3th day after the pending transactions have been cleared and also remaining $6,500 has been withdrawn, which is not possible for a blocked account, but possible when the theft is an inside job. Plaintiff opened two Disputes with Coinbase in accordance with the User Agreement, but Defendants closed both without any resolution or explanation.

//

//

COMPLAINT

PAGE 4 OF 8    *[JDC TEMPLATE – Rev. 05/2017]*

Case 4:22-cv-05468-KAW   Document 1   Filed 09/26/22   Page 5 of 8

- 5 -

# CLAIMS

## First Claim

(Name the law or violated: Civil Code § 1572(1). Intentional Misrepresentation.)

(Name the defendants who violated it: Against all Defendants.)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

12. The Defendant committed a knowingly intentional misrepresentation with the intent to defraud the Plaintiff by asserting: (i) The assets will be protected from any misconduct by Defendants; (ii) Defendant will not buy/sell using Plaintiff's assets; (iii) Defendant will refund funds if the employee stole, etc.

13. Relying on these assurances, Plaintiff agreed and invested $500,000 and as a result suffered damages. Defendants knew that the statements they made above were false and were made for the sole purpose of inducing Plaintiff to create an account, deposit cash and trade through Defendant's Coinbase Exchange.

14. As a direct result of Defendant's misconduct, Plaintiff has been damaged in an amount well in excess of this Court's jurisdiction to be proven at trial. The plaintiff did not expect the Defendants to use their position to the detriment of the plaintiff's interests.

15. The Defendants refused to investigate this theft, refused to provide records for this date, refused to refund the stolen funds in accordance with their Insurance Policy, ignored and did not respond to Plaintiff's questions. In addition, Defendants have removed all records/evidence of the Date of Theft from her account and Data (History).

16. Defendants' allegations that unauthorized transactions were made by hacker using her API key were false and misleading: the Plaintiff's API key does not allow even a single transaction to be sent (this is prohibited), and Coinbase is well aware of this. Apparently, access to her account was carried out using a private key that the Defendants have.

//

COMPLAINT

PAGE 5 OF 8   [JDC TEMPLATE – 05/17]

## SECOND Claim

*(Name the law or right violated:* 3600 CIVIL CONSPIRACY. *)*

*(Name the defendants who violated it:* Against all Defendants. *)*

16. A couple of hours before the theft, Defendants increased the withdrawal limit from $150,000 to $400,000 without Plaintiff's request and verification and made 41 unauthorized over limit transactions within minutes without breaching Security. Plaintiff alleges that Defendants intentionally and knowingly increased the limit in order to harm her.

17. Defendants falsely stated that her account was compromised by a hacker and provided the records, which aroused reasonable suspicion from the Plaintiff. These records were fake ones made by Defendants on a pdf/txt/excel sheet, but Plaintiff has original programmable records that are different from Coinbase fake records.

18. When Plaintiff's investigation was completed, she provided Defendants with direct evidence of the theft (50 pages). But the Defendants, despite being unable to refute her evidence, refused to refund the funds in accordance with their Policy and continue to withhold them for almost 2 years, while making unjust enrichment on top of it.

19. Defendant Philip Martin, the Chief Security Officer, has repeatedly stated that he has never experienced a breach or loss of customers' funds. But he could not explain how someone could send over-limit unauthorized transactions without Security breach. Obviously, the theft was an inside job and Martin is responsible for this loss.

20. Defendant Matthew Muller, the Head of Security Operations, refused to answer who at Coinbase increased the withdrawal limit without plaintiff's request and why the account was not blocked during 29 over limit transactions failures. The evasion to answer shows again that the theft was an inside job and he is also responsible for this loss.

21. As a result of conspiracy between the Defendants, unlawful acts were committed with the aim of causing harm to the plaintiff and causing losses to her. The plaintiff did not expect the Dfendants to use their position to the detriment of the Paintiff's interests. Plaintiff and Joinder continue to suffer from Defendants misconduct.

COMPLAINT

PAGE 6 OF 8   *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

22. THIRD CLAIM. CACI No. 2100. CONVERSION (Against all Defendants). The Plaintiff claims that Defendant wrongfully exercised control over her personal funds. Defendants accessed Plaintiff's account and converted all of her funds without permission. Defendant substantially interfered with Plaintiff' funds by knowingly and intentionally taking possession of the Plaintiff's funds. They refused to refund the funds after Plaintiff demanded its return. That Defendant's conduct was a substantial factor in causing Plaintiff' harm.

23. The defendant's wrongful conduct interfered with the plaintiff's right to possess and control such property, to which she had a superior right of possession and control at the time of conversion. As a direct and proximate result of defendant's conduct, plaintiff suffered damages, loss and harm and therefore seeks compensatory damages. Under California law, conversion is a civil cause of action that applies when a person unlawfully and without permission takes or interferes with possession of your property.

24. FOURT CLAIM. 15 U.S.C. § 1693 a - DEFINITIONS. An "unauthorized transfer" is defined as "an electronic fund transfer from a consumer' account by a person without actual authority to initiate such transfer".15 U.S.C. § 1693(a)(12); see also 15 C.F.R. § 1005(m). The CFPB has stated that " unauthorized electronic funds transfer includes a transfer initiated by a person who obtained the access device from the consumer through fraud or robbery." See 12 C.F.R. § 205, Supp. I at 2(m)

25. Coinbase refused to investigate the transfers as required by 15 U.S. Code § 1693f(a)(3) and 15 U.S. Code § 1693f(d) by failing to conduct a review of its own records. See 12 C.F.R. § 205.11(c)(4); Plaintiff is entitled to compensatory damages pursuant to 15 U.S.C. § 1693m(a). A consumer has no liability for erroneous or fraudulent transfers initiated by an employee of a financial institution. Thus, all Coinbase Defendants are liable and responsible for these fraudulent 41 unauthorized fund transactions.

26. FIFTH CLAIM. Under California Civil Code 3294, a plaintiff may be awarded punitive damages if there is convincing evidence that the defendant in their case is guilty of Fraud. The actions of the defendant provide ground for litigation for statutory civil theft.

COMPLAINT

PAGE 7 OF 8  *[JDC TEMPLATE – 05/17]*

- 7 -

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

27. The Plaintiff and Joinder Vijay Tandon pray for judgment and respectfully request this Honorable Court to grant the following relief:

(i) Treble damages pursuant to the Cal. Civil Code § 3294,

(ii) Plaintiffs seek equitable, injunctive and declaratory relief.

(iii) That Plaintiffs be awarded court costs, expenses, and attorney's fees.

(iv) That the Court grant Plaintiffs all further legal or equitable relief that the Court deems just and proper.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

[✓] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 9/19/2022    Sign Name: *Vijay Tandon*

Print Name: Vijay Tandon, Rahila Tarverdiyeva Pro Se

COMPLAINT
PAGE 8 OF 8  *[JDC TEMPLATE – 05/17]*